UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:14-cv-906

Name of party requesting extension: Global Personals, LLC

Is this the first application for extension of time in this case?   ☐ Yes
☑ No

If no, please indicate which application this represents:   ☑ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/12/2014

Number of days requested:   ☐ 30 days
☑ 15 days
☐ Other _____ days

New Deadline Date: 1/19/2015   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Andrew W. Stinson
State Bar No.: 24028013
Firm Name: Ramey & Flock PC
Address: 100 E. Ferguson Street
Suite 500
Tyler, TX  75702
Phone: 903-597-3301
Fax:  903-597-2413
Email: astinson@rameyflock.com

A certificate of conference does not need to be filed with this unopposed application.