UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMMANUEL C. GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>INFOSTREAM GROUP INC., ET AL<br><br>    Defendants. | CIVIL ACTION NO. 2:14-cv-906<br>**(LEAD CASE)** |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

Defendant Global Personals, LLC ("Defendant") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Original Complaint. The parties are engaged in productive settlement discussions and are optimistic an agreement can be reached in the near future.

Accordingly, Defendant respectfully requests a fourteen (14) day extension up to and including February 2, 2015 of its answer deadline so the parties can engage in further settlement discussions prior to Defendant answering or responding to Plaintiff's Original Complaint. Plaintiff is not opposed to such extension.

Dated: January 16, 2015          Respectfully submitted,

                                                    */s/ Andrew W. Stinson*
                                                    Andrew W. Stinson
                                                    Texas Bar No. 24028013

             RAMEY & FLOCK, P.C.
             100 East Ferguson, Suite 500
             Tyler, Texas 75702
             903-597-3301 (telephone)
             903-597-2413 (fax)
             astinson@rameyflock.com

c

             ATTORNEYS FOR DEFENDANT
             GLOBAL PERSONALS, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 16, 2015 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

             */s/ Andrew W. Stinson*
             Andrew W. Stinson