IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMMANUEL C. GONZALEZ,<br><br>                             Plaintiff,<br><br>vs.<br><br>SNAP INTERACTIVE, INC.,<br><br>                             Defendant. | **CASE NO. 2:14-cv-906-JGR-RSP**<br>*Consolidated with CASE NO. 2:14-cv-992*<br><br>JURY DEMAND |

## **NOTICE OF APPEARANCE**

Please enter my appearance as an additional counsel for Defendant, Snap Interactive, Inc. in the above-captioned action:

   Wendell W. Harris, Esq.
   (NY Reg. No. 4579355)
   Wendell.Harris@leclairryan.com
   LECLAIRRYAN, A Professional Corporation
   70 Linden Oaks, Suite 210
   Rochester, NY 14625
   Tel:  585-270-2100
   Fax:  585-270-2179

I am admitted and registered for CM/ECF filing in this Court.  Please add me to the list of counsel as an attorney to be noticed in this case.

Dated:  January 22, 2015                        Respectfully submitted,

                                By: */s/ Wendell W. Harris*
                                    Wendell W. Harris, Esq.
                                    (NY Reg. No. 4579355)
                                    Wendell.Harris@leclairryan.com
                                    LECLAIRRYAN, A Professional Corporation
                                    70 Linden Oaks, Suite 210
                                    Rochester, NY 14625
                                    Tel:  585-270-2100
                                    Fax:  585-270-2179

                                    ATTORNEYS FOR DEFENDANT
                                    SNAP INTERACTIVE, INC.

15303902.1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing **NOTICE OF APPEARANCE** via the Court's CM/ECF system per Local Civil Rule CV-5(a)(3) on this the 22nd day of January, 2015, including the following.

> Michael Scott Fuller
> LOCKE LORD LLP
> 2200 Ross Avenue, Suite 2200
> Dallas, Texas 75201-6776
> Email: sfuller@lockelord.com
>
> ATTORNEY FOR PLAINTIFF
> EMMANUEL C. GONZALEZ

By: */s/ Wendell W. Harris*
Wendell W. Harris

15303902.1