IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § § | |
| Plaintiff, | § § | Case No. 2:14-cv-0906 |
| vs. | § § | Consolidated Lead Case |
| INFOSTREAM GROUP, INC., | § § § | JURY DEMAND |
| Defendant. | § | |
| NEW LIFE VENTURES, INC. | § | Case No. 2:14-cv-0907 |
| GLOBAL PERSONALS, LLC | § | Case No. 2:14-cv-0952 |
| ELITE MARKETING SOLUTIONS, INC. | § | Case No. 2:14-cv-0963 |
| SNAP INTERACTIVE, INC. | § | Case No. 2:14-cv-0992 |
| TAGGED, INC. | § | Case No. 2:14-cv-0993 |

### NOTICE OF SETTLEMENT AND AGREED MOTION TO STAY

Plaintiff Emmanuel C. Gonzalez and Defendant Global Personals LLC (collectively as "the Parties") hereby jointly and respectfully notify the Court that the Parties have reached a settlement in principle.

Pending the filing of final dismissal papers, the Parties hereby jointly request a full stay of all deadlines relating to this action as between the Parties. The present Motion is intended to allow time for the Parties to finalize the written settlement agreement.

A proposed Order is being submitted herewith.

1

| | |
|---|---|
| Date: March 3, 2015 | Respectfully submitted, |

                                                      /s/ M. Scott Fuller
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@lockelord.com
Paul D. Lein
   Texas Bar No. 24070133
   plein@lockelord.com
Darrian L. Campbell
   Texas Bar No. 24087250
   dcampbell@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800
**ATTORNEYS FOR PLAINTIFF**
**EMMANUEL C. GONZALEZ**


/s/ Frank M. Gasparo
Frank M. Gasparo
**Venable LLP**
fmgasparo@venable.com
Tel: 212.370.6273
Fax: 212.307.559
Rockefeller Center
1270 Avenue of the Americas
The Twenty-Fourth Floor
New York, NY 10020
**COUNSEL FOR DEFENDANT**
**GLOBAL PERSONALS LLC**


## CERTIFICATE OF SERVICE

     The undersigned certifies that on March 3, 2015, the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Texas, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.

                                                      /s/ M. Scott Fuller