**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMMANUEL C. GONZALEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:14-cv-0906 |
| vs. | § | Consolidated Lead Case |
| | § | |
| **INFOSTREAM GROUP, INC.,** | § | JURY DEMAND |
| | § | |
| Defendant. | § | |
| **NEW LIFE VENTURES, INC.** | § | Case No. 2:14-cv-0907 |
| **GLOBAL PERSONALS, LLC** | § | Case No. 2:14-cv-0952 |
| **ELITE MARKETING SOLUTIONS, INC.** | § | Case No. 2:14-cv-0963 |
| **SNAP INTERACTIVE, INC.** | § | Case No. 2:14-cv-0992 |
| **TAGGED, INC.** | § | Case No. 2:14-cv-0993 |

## ORDER

Before the Court is Plaintiff Emmanuel C. Gonzalez and Defendant Global Personals LLC's Notice of Settlement and Agreed Motion to Stay. After careful consideration, the Court is of the opinion that the Motion is meritorious and should be granted.

It is therefore Ordered that all deadlines shall be stayed and continued as between Plaintiff Emmanuel C. Gonzalez and Defendant Global Personals LLC.