**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMMANUEL C. GONZALEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 2:14-cv-0906** |
| **vs.** | § | **Consolidated Lead Case** |
| | § | |
| **INFOSTREAM GROUP, INC.,** | § | **JURY DEMAND** |
| | § | |
| **Defendant.** | § | |
| **NEW LIFE VENTURES, INC.** | § | **Case No. 2:14-cv-0907** |
| **GLOBAL PERSONALS, LLC** | § | **Case No. 2:14-cv-0952** |
| **ELITE MARKETING SOLUTIONS, INC.** | § | **Case No. 2:14-cv-0963** |
| **SNAP INTERACTIVE, INC.** | § | **Case No. 2:14-cv-0992** |
| **TAGGED, INC.** | § | **Case No. 2:14-cv-0993** |

**SECOND UNOPPOSED MOTION TO EXTEND DEADLINE**

Plaintiff Emmanuel C. Gonzalez ("Plaintiff") respectfully submits this Second Unopposed Motion to Extend the Deadline for Filing a Response to Defendant Tagged, Inc.'s Motion to Transfer Venue [Docket No. 32].

On February 17, 2015, Defendant Tagged filed the referenced Motion, seeking to transfer this case to the District Court for the Northern District of California. Given the subject matter and content of Defendant's Motion, Plaintiff requested certain limited discovery relating to the issue of venue. Defendant did not oppose such request, and responded to the discovery on March 13, 2015. Following a meet and confer in which certain aspects of Defendant's response were discussed, Defendant agreed to supplement its original responses and to provide one additional day for Plaintiff to file its responsive brief.

Therefore, in order to allow Plaintiff sufficient time to formulate a responsive brief, Plaintiff requests a further extension of one (1) day, to March 24, 2015, to submit its response to Defendant's Motion to Transfer Venue.

The Parties have met and conferred, and Defendant does not oppose the relief requested herein.  A proposed Order is being submitted herewith.

March 23, 2015                                          Respectfully submitted,

                                                          /s/   M. Scott Fuller
                                                        M. Scott Fuller
                                                           Texas Bar No. 24036607
                                                           sfuller@lockelord.com
                                                        Paul D. Lein
                                                           Texas Bar No. 24070133
                                                           plein@lockelord.com
                                                        Darrian L. Campbell
                                                           Texas Bar No. 24087250
                                                           dcampbell@lockelord.com
                                                        **LOCKE LORD LLP**
                                                        2200 Ross Avenue, Suite 2200
                                                        Dallas, Texas  75201-6776
                                                        Telephone:  (214) 740-8000
                                                        Facsimile:  (214) 740-8800

                                                        **ATTORNEYS FOR PLAINTIFF**
                                                        **EMMANUEL C. GONZALEZ**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on the 20th day of March, 2015, the subject matter of the foregoing Motion was discussed with counsel for Tagged, Inc.  Opposing counsel does not oppose the relief requested herein.

                                                          /s/   M. Scott Fuller

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2015, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.


    /s/ M. Scott Fuller