IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § § § | |
| Plaintiff, | § § | Case No. 2:14-cv-0906 |
| vs. | § § | Consolidated Lead Case |
| INFOSTREAM GROUP, INC., | § § | JURY DEMAND |
| Defendant. | § § | |
| NEW LIFE VENTURES, INC. | § | Case No. 2:14-cv-0907 |
| GLOBAL PERSONALS, LLC | § | Case No. 2:14-cv-0952 |
| ELITE MARKETING SOLUTIONS, INC. | § | Case No. 2:14-cv-0963 |
| SNAP INTERACTIVE, INC. | § | Case No. 2:14-cv-0992 |
| TAGGED, INC. | § | Case No. 2:14-cv-0993 |

**ORDER ON UNOPPOSED SECOND MOTION TO EXTEND DEADLINE**

CAME ON THIS DAY for consideration of the Unopposed Second Motion for Extension of Time on behalf of Plaintiff, Emmanuel C. Gonzalez, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED that the deadline for filing a responsive brief to Defendant Elite Marketing, Inc.'s Motion to Transfer Venue [Docket No. 10] shall be extended until March 16, 2015.

**SIGNED this 6th day of April, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE