UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| EMMANUEL C. GONZALEZ<br><br>    *Plaintiff,*<br>v.<br><br>INFOSTREAM GROUP, INC.,<br><br>    *Defendant.* | Civil Action No. 2:14-cv-00906<br>(Lead case)<br><br>PATENT CASE<br><br>JURY TRIAL REQUESTED |
| EMMANUEL C. GONZALEZ<br><br>    *Plaintiff,*<br>v.<br><br>NEW LIFE VENTURES, INC.,<br><br>    *Defendant.* | Civil Action No. 2:14-cv-00907<br>(specific case) |

**NOTICE OF APPEARANCE OF ZHUANJIA GU FOR
DEFENDANT NEW LIFE VENTURES, INC.**

**TO THE COURT, TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant New Life Ventures, Inc. ("NLV") hereby notifies the Court that Zhuanjia Gu, of the law firm of Turner Boyd LLP, is appearing as counsel for NLV in the above referenced matter. Copies of all pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced below:

    Zhuanjia Gu
    gu@turnerboyd.com
    TURNER BOYD LLP
    702 Marshall Street, Suite 640
    Redwood City, California 94063
    Telephone: (650) 521-5930

Facsimile: (650) 521-5931

Dated: May 8, 2015                    Respectfully submitted,

*/s/ Zhuanjia Gu*
Joshua M. Masur
*masur@turnerboyd.com*
Esha Bandyopadhyay
*bandy@turnerboyd.com*
Zhuanjia Gu
*gu@turnerboyd.com*
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

**ATTORNEYS FOR DEFENDANT NEW LIFE VENTURES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Zhuanjia Gu*
Zhuanjia Gu