# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:14-cv-0906 |
| vs. | § | Consolidated Lead Case |
| | § | |
| INFOSTREAM GROUP, INC., | § | JURY DEMAND |
| | § | |
| Defendant. | § | |
| NEW LIFE VENTURES, INC. | § | Case No. 2:14-cv-0907 |
| GLOBAL PERSONALS, LLC | § | Case No. 2:14-cv-0952 |
| ELITE MARKETING SOLUTIONS, INC. | § | Case No. 2:14-cv-0963 |
| SNAP INTERACTIVE, INC. | § | Case No. 2:14-cv-0992 |
| TAGGED, INC. | § | Case No. 2:14-cv-0993 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Emmanuel C. Gonzalez, and defendant, Elite Marketing Solutions, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Emmanuel C. Gonzalez, and defendant, Elite Marketing Solutions, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled **"SETTLEMENT AND LICENSE AGREEMENT"** and having an effective date of May 4, 2015.

It is further ORDERED that all attorneys' fees and costs are to be borne by the Party that

incurred them.

    **SIGNED this 10th day of June, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE