IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § § § | |
| Plaintiff, | § § | Case No. 2:14-cv-0906 |
| vs. | § § | Consolidated Lead Case |
| INFOSTREAM GROUP, INC., | § § | JURY DEMAND |
| Defendant. | § § | |
| NEW LIFE VENTURES, INC. | § | Case No. 2:14-cv-0907 |
| GLOBAL PERSONALS, LLC | § | Case No. 2:14-cv-0952 |
| ELITE MARKETING SOLUTIONS, INC. | § | Case No. 2:14-cv-0963 |
| SNAP INTERACTIVE, INC. | § | Case No. 2:14-cv-0992 |
| TAGGED, INC. | § | Case No. 2:14-cv-0993 |

**DECLARATION OF DANIEL MANHEIM IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE AND/OR STRIKE**

I, Daniel Manheim, do hereby declare as follows:

1. I have been retained by Greenberg Traurig, LLP on behalf of New Life Ventures Inc. ("New Life") and Tagged Inc., which is now known as If(we) Inc. ("Tagged"), to provide expert testimony regarding U.S. Patent Nos. 7,558,807 ("the '807 Patent") and 7,873,665 ("the '665 Patent").

2. I submitted expert reports on behalf of New Life and Tagged on November 18 and December 9, 2015.

3. The factual statements made in my expert reports were made from my own personal knowledge and experience unless otherwise indicated in my reports. In particular, I have personal experience and knowledge of the eBay website that was publicly used in the United States prior to July 1, 2000, and that is described in my expert reports.

4. I personally visited and used the eBay website on multiple occasions prior to July 1, 2000. I knew from my personal use of the eBay website that it stored and searched the data for auction listings using a relational database.

5. Prior to July 1, 2000 I had direct professional interaction with engineers who personally worked on developing the 'back-end' of the eBay website, and this corroborated my knowledge that the eBay website stored and searched the data for auction listings using a relational database.

6. In preparing this declaration, I did a search for the word "database" in eBay's 1998 Annual Report, which I accessed at https://investors.ebayinc.com/common/download/sec.cfm?CompanyID=ebay&FID=1012870-99-878&CIK=1065088, and which is listed as having been filed with the SEC on March 29, 1999. In so doing, I found the following statements, both of which corroborate my personal knowledge and experience that it stored and searched the data for auction listings using a relational database:

- "The Company's system consists of Sun database servers running Oracle relational database management systems…" (p. 12)

- "We also rely on certain technologies that we license from third parties, such as Oracle Corporation, Microsoft and Sun Microsystems Inc., the suppliers of key database technology, the operating system and specific hardware components for our service." (p.41)

- "Buyers typically enter eBay through its home page, which contains a listing of product categories that allows for easy exploration of current auctions. Bidders can search for specific items by browsing through a list of auctions within a category or subcategory and then "click through" to a detailed description for a particular item. <u>Bidders also can search specific categories or the entire database of auction listings</u> using keywords to describe the types of products in which they are interested, and eBay's search engine will generate a list of relevant auctions with links to the detailed descriptions. Each auction is assigned a unique identifier so that users can easily search for and track specific auctions. Users also can search for a particular bidder or seller by name in order to review his or her auction and feedback history." (p. 8)

7. I have reviewed the definition of "ordinary skill" that is stated in the Claim Construction Order on page 9:

> [A] person with an advanced college degree and some business experience. The person would further possess at least a basic knowledge of Internet search concepts, as well as at least some fundamental computer programming skills.

Applying this level of ordinary skill instead of the level of ordinary skill stated in my Invalidity Report (at ¶ 47) would not change any of my opinions.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 8st day of January, 2016, in Los Angeles, California.

_____
DANIEL MANHEIM