**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **EMMANUEL C. GONZALEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No. 2:14-cv-0906** |
| **v.** | § | **Consolidated Lead Case** |
| | § | |
| **INFOSTREAM GROUP, INC.,** | § | **JURY DEMAND** |
| | § | |
| **Defendant.** | § | |

_____

| | | |
|---|---|---|
| **NEW LIFE VENTURES, INC.** | § | **Case No. 2:14-cv-0907** |

_____


**NOTICE OF COMPLIANCE**


Plaintiff Emmanuel C. Gonzalez hereby notifies the Court of the service of pretrial

disclosures (witness list, exhibit list, and deposition designations) on issues for which it bears the

burden of proof on Defendant New Life Ventures, Inc. on January 21, 2016.


Dated:  January 22, 2016                          Respectfully submitted,

                                                   /s/   M. Scott Fuller
                                                  M. Scott Fuller
                                                      Texas Bar No. 24036607
                                                      sfuller@lockelord.com
                                                  Jason E. Mueller
                                                      Texas Bar No. 24047571
                                                      jmueller@lockelord.com
                                                  Paul D. Lein
                                                      Texas Bar No. 24070133
                                                      plein@lockelord.com
                                                  Darrian L. Campbell
                                                      Texas Bar No. 24087250
                                                      dcampbell@lockelord.com
                                                  **LOCKE LORD LLP**
                                                  2200 Ross Avenue, Suite 2800
                                                  Dallas, Texas  75201-6776

Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800
**ATTORNEYS FOR PLAINTIFF
EMMANUEL C. GONZALEZ**

## CERTIFICATE OF SERVICE

I hereby certify that that the counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document on January 22, 2016, via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/  *M. Scott Fuller*
M. Scott Fuller