**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:14-cv-906-JRG-RSP |
| INFOSTREAM GROUP, INC. ET AL., | § § § | |
| Defendants. | § § | |

### ORDER

Defendant New Life Ventures, Inc.'s letter brief requesting permission to file a motion for summary judgment pursuant to 35 U.S.C. § 101 (Dkt. No. 97) is **GRANTED**. The briefing schedule is as follows: Defendant's opening brief is no later than Wednesday, January 27, 2016. Plaintiff's response brief is due no later than Saturday, January 30, 2016. Defendant's reply brief is due no later than Monday, February 1, 2016. Plaintiff's sur-reply brief is due no later than Wednesday, February 3, 2016.

**SIGNED this 23rd day of January, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE