IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 2:14-cv-0906 |
| vs. | § | Consolidated Lead Case |
| | § | |
| INFOSTREAM GROUP, INC., | § | JURY DEMAND |
| | § | |
| Defendant. | § | |

_____

| | | |
|---|---|---|
| NEW LIFE VENTURES, INC. | § | Case No. 2:14-cv-0907 |

_____

**NOTICE OF WITHDRAWAL OF
PLAINTIFF'S MOTION FOR EXCEPTIONAL CASE AND FEES**

Gonzalez respectfully submits this Notice of Withdrawal of his Motion for Exceptional Case and Fees (Dkt. No. 180), which was filed on April 11, 2016, in view of the Court's Memorandum Opinion and Order (Dkt. No. 185).  In the event the Order is later amended or its holding overturned on appeal, Gonzalez reserves all rights to refile his Motion for Exceptional Case and to otherwise seek attorney's fees.

| | |
|---|---|
| April 27, 2016 | Respectfully submitted, |

      /s/   M. Scott Fuller
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@lockelord.com
Paul D. Lein
   Texas Bar No. 24070133
   plein@lockelord.com
Darrian L. Campbell
   Texas Bar No. 24087250
   dcampbell@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800
**ATTORNEYS FOR PLAINTIFF
EMMANUEL C. GONZALEZ**

## CERTIFICATE OF SERVICE

    I hereby certify that on April 27, 2016, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ M. Scott Fuller